UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                        Plaintiff,

          v.

ARTHUR GREGORY,

                     Defendant.
------------------------------------------------------------ x

ECF Case

No. 05 Civ. 2890 (KNF)

<u>JUDGMENT</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/06

WHEREAS, by Stipulation and Order of Settlement and Dismissal dated January 27, 2006 (the "Stipulation and Order"), the parties to the above-captioned matter agreed to a full and final compromise and resolution of this action, including, <u>inter alia</u>, the entry of judgment against defendant Arthur Gregory in favor of the United States, in full compromise and satisfaction of the allegations set forth in the Complaint, for the sum of thirty-six thousand five hundred dollars ($36,500) (the "Settlement Amount");

WHEREAS, the parties further agreed that the Settlement Amount shall constitute a debt due and owing upon entry of the Stipulation and Order by the Court and is to be discharged by payment to the United States under the terms and conditions as specified in the Stipulation and Order;

NOW, THEREFORE, IT IS ORDERED and ADJUDGED: That judgment is entered against defendant Arthur Gregory in favor of the United States in the sum of thirty-six thousand five hundred dollars ($36,500), to be paid in accord with the terms of the Stipulation and Order, and, accordingly, the above-entitled action is closed and removed from the Court's active docket.

Dated: New York, New York
~~January~~ , 2006
Feb 14, 2006

J. Michael McMahon
_____
CLERK OF COURT

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

-2-